UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| APRIL L. CAIRNEY, | Case Number: 2:16-cv-02139-APG-CWH |
| Plaintiff, | |
| vs. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | January 19, 2017 |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE HER BRIEF**

AND NOW, this ____ day of January, 2017, upon consideration of Plaintiff's Motion for an Extension of Time to File Her Brief,

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. Plaintiff's brief is due February 20, 2017.

Entered: 1/20/17  _____
HONORABLE
United States District/Magistrate Judge