# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| April L. Cairney<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Carolyn W. Colvin<br><br>　　　　　　　Defendant. | **JUDGMENT FOR ATTORNEY'S FEES IN A CIVIL CASE**<br><br>Case Number: 2:16-cv-02139-APG-CWH |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff April Cairney's attorneys, the Law Offices of Charles E. Binder and Harry J. Binder, LLP, are awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $17,114.75.

FURTHER ORDERED that the Law Offices of Charles E. Binder and Harry J. Binder, LLP shall reimburse plaintiff April Cairney the amount of $6,000.00 for EAJA fees previously paid by the Commissioner.

| | |
|---|---|
| 10/12/2018<br>Date | DEBRA K. KEMPI<br>Clerk<br><br>/s/ S. Denson<br>Deputy Clerk |